IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-0761-LTB

**FRANKIE L. MCCONNELL**, also known as
**FRANKIE MCCONNELL**,

    Plaintiff,

v.

**MICHELLE ABEYTA;**
**LAURA TAFOYA**;
**JOHN SCOLERI;** and
**K. STEENBERGEN**,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 19, 2015, it is hereby

**ORDERED** that **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 19 day of May, 2015.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ A. García Gallegos
                    Deputy Clerk